**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BILLY HARDEN**                                                                       **PLAINTIFF**

v.                                  **CASE NO. 4:06-CV-236 GTE**

**METROPOLITAN LIFE INSURANCE COMPANY**                          **DEFENDANT**

## JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Summary Judgment and Defendant's Motion to Dismiss, and denying Plaintiff's Motion for Judgment on the Record, Plaintiff's complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant Metropolitan Life Insurance Company and against Plaintiff Billy Harden.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 27th day of September, 2007.

/s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE